UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 13-00559-CJC(ANx)                              Date:  May 2, 2013

Title:  THOMAS HUGH O'LEARY ET AL. V. BAYVIEW LOAN SERVICING LLC

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On April 16, 2013, Defendant Bayview Loan Servicing LLC ("Defendant") filed a motion to dismiss Plaintiffs Thomas Hugh O'Leary and Sylvia Ursula O'Leary's (together, "Plaintiffs") First Amended Complaint ("FAC") after removing the case from state court on April 8, 2013.  (Dkt. Nos. 1 [Notice of Removal], 5 [Mot. to Dismiss].)  The motion is set for hearing on May 20, 2013 at 1:30 p.m.  Plaintiffs' opposition was due on April 29, 2013.  *See* Local Rule 7-9.  As of May 2, 2013, Plaintiffs have not filed an opposition or any other papers related to this motion.  Accordingly, the Court hereby ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute, or in the alternative, why Defendant's motion should not be granted based on their failure to timely file an opposition.  *See* Local Rule 7-12.  Plaintiffs must file and serve a response to this order no later than May 9, 2013.  This matter will be decided on the papers without any hearing.

jmc

MINUTES FORM 11
CIVIL-GEN                                                                               Initials of Deputy Clerk MU